[No. 37634.    Department One.    April 1, 1965.]

SCHAAKE PACKING COMPANY, INC., *et al., Respondents*, v. E. F.
CROSHAW *et al., Appellants.†*

*John D. Thomas, Jr.* and *Stanley Seddon*, for appellants.

*Kern, Dano & Cone*, for respondents.

PER CURIAM.—The appellants by their cross complaint contend that the deed which they executed and delivered to the respondents was in fact a mortgage.

We have carefully considered the briefs, the oral arguments and the record. There is substantial evidence to support the trial court's

*Reported in 400 P. (2d) 291.

†Reported in 400 P. (2d) 608.

finding that the transaction between the appellants and the respondents was a sale with an option to repurchase and not a mortgage.

This factual determination is decisive of the litigation.

The judgment is affirmed.

June 1, 1965. Petition for rehearing denied.